October 10, 2008

Mr. Michael Phillips
Phillips & Akers, P.C.
3200 Southwest Freeway, Suite 3200
Houston, TX 77027-7523

Honorable Gloria A. Saldana
224th District Court Judge, Bexar County
100 Dolorosa St., Ste. 400
San Antonio, TX 78205-3028
Mr. W. Burl Brock
Brock & Brock, P.C.
803 E. Mistletoe
San Antonio, TX 78212

RE: Case Number: 08-0584
 Court of Appeals Number: 04-08-00469-CV
 Trial Court Number: 2007-C118427

Style: IN RE MACY'S TEXAS, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted the motion for temporary
relief and issued the enclosed stay order in the above-referenced case.
The petition for writ of mandamus remains pending before this Court.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Keith E. Hottle |